**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v.

BAYO CONSTRUCTION CO.,INC.
Defendant.

C.A. No. 05-102L

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorney, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax (401) 294-4702

Dated: June 20, 2005

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 21 of June, 2005, to the following party of record:

Bayo Adeyemi, President
Bayo Construction Co., Inc.
830 Phenix Avenue
Cranston, RI 02920

Bayo Adeyemi, President
Bayo Construction Co., Inc.
73 Felix Street
Providence, RI 02907