**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v.

BAYO CONSTRUCTION CO.,INC.
Defendant.

C.A. No. 05-102L

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on March 7, 2005. Defendant was served by Constable Thomas Noury on April 2, 2005.

3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

4. Defendant was not, at the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940;

nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account and, in my opinion, there is no defense to this claim or cause of action.

Dated: June 20, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens, Esq. (#6827)

Subscribed and sworn to before me this 21 day of June, 2005.

Notary Public
My commission expires on: 7/12/05

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 21 of June, 2005, to the following parties of record:

Bayo Adeyemi, President
Bayo Construction Co., Inc.
830 Phenix Avenue
Cranston, RI 02920

Bayo Adeyemi, President
Bayo Construction Co., Inc.
73 Felix Street
Providence, RI 02907