# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds,<br>Plaintiffs,<br><br>v.<br><br>BAYO CONSTRUCTION CO.,INC.<br>Defendant. | C.A. No. 05-102L |

## NOTICE OF INTENTION TO TAKE DEPOSITION

Please take notice that Plaintiffs Plasterers and Cement Masons will conduct the deposition of the **Keeper of Records for Bayo Construction Co., Inc.** to be held at the office of Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Kingstown, Rhode Island 02852 on **July 19, 2005 at 2:00 p.m.** before a notary public duly commissioned in the State of Rhode Island.

Plaintiffs,
By their attorneys,

Elizabeth A. Wiens, Esq.#6827
Marc B. Gursky, Esq. #2818
Gursky Law Associates
420 Scrabbletown Road, St C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

To: Iron & Associates
11 S. Angell Street
Providence, RI 02906

Bayo Adeyemi, President
Bayo Construction Co., Inc.
830 Phenix Avenue
Cranston, RI 02920

Bayo Adeyemi, President
Bayo Construction Co., Inc.
73 Felix Street
Providence, RI 02907

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Rhode Island Plasterers' and Cement Masons' Local 40 Funds, et. al.

V.

Bayo Construction Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-102L

TO: Keeper of Records, Bayo Construction Co., Inc.
73 Felix Street, Providence, RI 02907 OR
830 Phenix Avenue, Cranston RI 02920

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 420 Scrabbletown Rd., Ste. C, North Kingstown, RI 02852 | July 19, 2005 at 2pm |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| 420 Scrabbletown Rd., Ste. C, North Kingstown, RI 02852 | July 19, 2005 at 2pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| E. Wiens attorney for Plaintiff | 6/27/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Elizabeth Wiens, Esq., 420 Scrabbletown Rd. Ste. C, N. Kingstown, RI 02852
(401) 294-4700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

*Plasterers' and Cement Masons'*
*Local 40 Funds, et. al.*
*v. Bayo Construction Co., Inc.*
Keeper of Records Deposition
Attachment A

You are commanded to produce and permit inspection of the following:

1) Corporate Tax Returns from 2004 to the present.

2) Year End Financial Statements from 2004 to the present.

3) Interim Statements from January 1, 2004 to the present

4) Payroll records for all employees for the period of July 1, 2004 to the present:

5) Remittance reports for the period of July 2004 to the present.