**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity Co-Administrator of the Funds, Plaintiffs, | |
| | C.A. No. 05-102L |
| v. | |
| BAYO CONSTRUCTION CO., INC. Defendant. | |

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADJUDGE IN CONTEMPT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. On June 28, 2005, Default was entered against Bayo Construction Co., Inc. pursuant to Fed. R. Civ. Proc. 55(a).

2. On July 8, 2005, Plaintiffs served Bayo Adeyemi, as Keeper of the Records for Bayo Contruction Co. Inc., with a subpoena and a notice of deposition. The subpoena commanded Mr. Adeyemi to bring with him various documents. The subpoena and attachment are attached hereto as Exhibit A.

3. On July 19, 2005, in compliance with the notice of deposition, Mr. Adeyemi appeared at my office. However, Mr. Adeyemi failed to bring with him *any* of the documents Plaintiffs requested. See Transcript of Deposition of Bayo Adeyemi 4:15-22,

attached hereto as Exhibit B.

4. As reason for failing to produce the requested documents, Mr. Adeymi claimed that the documents were located at 570 Broad St. in Providence, RI, real estate formally leased by Bayo Construction, but that the landlord of 570 Broad St. would not allow Adeymi to enter the premises to obtain his property.

5. To this date, Plaintiffs have yet to receive any of the requested documents. The requested documents are necessary in order to calculate Plaintiffs' damages.

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

E. Wiens

Subscribed and sworn to before me, by, this 11th day of August, 2005.

Kathleen Sullivan
NOTARY PUBLIC
My commission expires on: 4/25/09

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing motion to be sent first-class mail, postage prepaid on this 11 of August, 2005, to the following party of record:

Bayo Adeyemi, President
Bayo Construction Co., Inc.
47 Vineyard St.
Providence, RI 02907

Kerrie L Kamski

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Rhode Island Plasterers' and Cement Masons' Local 40 Funds, et al.

V.

Bayo Construction Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-102

TO: Keeper of Records, Bayo Construction Co., Inc.
~~70 Pine Street, Providence, RI 02903 OR~~ 47 Vineyard St. Providence (265-253
~~[illegible]~~

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 420 Scrabbletown Rd., Ste. C, North Kingstown, RI 02852 | July 19, 2005 at 2pm |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| 420 Scrabbletown Rd., Ste. C, North Kingstown, RI 02852 | July 19, 2005 at 2pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| C. Nuez attorney for Plaintiff | 6/27/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Elizabeth Wiens, Esq., 420 Scrabbletown Rd. Ste. C, N. Kingstown, RI [illegible]
(401) 294-4700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

*Plasterers' and Cement Masons'*
*Local 40 Funds, et. al.*
*v. Bayo Construction Co., Inc.*
Keeper of Records Deposition
Attachment A

You are commanded to produce and permit inspection of the following:

1) Corporate Tax Returns from 2004 to the present.

2) Year End Financial Statements from 2004 to the present.

3) Interim Statements from January 1, 2004 to the present

4) Payroll records for all employees for the period of July 1, 2004 to the present:

5) Remittance reports for the period of July 2004 to the present.

AUG 05 2005

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of Funds,
Plaintiffs

CA. NO. 05-102L

v.

BAYO CONSTRUCTION CO., INC.
Defendant

**DEPOSITION OF BAYO ADEYEMI**, taken on behalf of the Plaintiffs, pursuant to the Rhode Island Rules of Civil Procedure, on July 19, 2005, at GURSKY LAW ASSOCIATES, before Florence Almeida, Notary Public, convening at 2:00 P.M.

APPEARANCES:

GURSKY LAW ASSOCIATES
BY: Elizabeth A. Wiens, Esquire

**BAYO ADEYEMI**, having been duly sworn, deposes and testifies as follows:

**EXAMINATION BY MS. WIENS:**

Q. Mr. Adeyemi, my name is Elizabeth Wiens. I'm the attorney for the Rhode Island Plasterers' and Cement Masons, Local 40.
A. Okay.
Q. I represent the Plasterers in a Federal Court lawsuit against Bayo Construction. A subpoena was served upon you as Keeper of the Records a couple of weeks ago, is this right?
A. Correct.
Q. And is that why you're here today?
A. Yes.
Q. The subpoena asks you to bring some documents with you, is that correct?
A. Correct.
Q. And have you brought any documents with you?
A. No. I have not. I called today. Because even up to yesterday, I still try to work out something with our former landlord. To retrieve all our stuff.
Q. Let's go through the documents.
A. Yes.