UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CA 05-102L** **DATE: September 13, 2005**

**TITLE: LOCAL 40, ET AL v. BAYO CONSTRUCTION**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Elizabeth Wiens**

**Defendant: Bayo Adeyemi (Pro Se)**

********************************************************************************

**Proceedings: Plaintiff's Motion to Adjudge in Contempt**

**All counsel of record present. Defendant present pro se. Plaintiff argues motion. Defendant responds to the motion. Court continues hearing to 10/13/05 at 10:00 am.**