**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | C.A. No. 05-102L |
| v. | : | |
| BAYO CONSTRUCTION CO.,INC. Defendant. | : | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Judgment is sought in the amount of $60,788.02.

In support of this Motion, Plaintiffs rely upon the Memorandum of Law, the Affidavits of Donald Lavin and Anthony D'Antuonto, and Exhibit 1, filed contemporaneously herein.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: September 27, 2005

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 27 of September, 2005, to the following parties of record:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | C.A. No. 05-102L |
| v. | : | |
| BAYO CONSTRUCTION CO.,INC. Defendant. | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiffs request that Default be entered against Defendant Bayo Construction Co., Inc. in the amount of $58,014.02 based on the following:

1. For the period of July 2004 through October 2004, Defendant failed to file remittance reports and contributions. Accordingly, the amount due to the Funds is $43,231.50. See Affidavit of Donald Lavin ¶ 3.

2. Interest on the aforementioned delinquent contributions is in the amount of $1,959.44. See Affidavit of Donald Lavin ¶ 4.

3. Penalties on the unpaid contributions for July 2004 through October 2004 are in the amount of $8,642.70. See Affidavit of Donald Lavin ¶ 5.

4. Attorneys' fees and costs expended by the Fund in prosecution of this action are in the amount of $2,312.75. See Affidavit of Donald Lavin ¶ 6.

5. For the period of July 2004 through October 2004, Defendant deducted, but failed to remit, $4,158 to the Union. See Affidavit of Anthony D'Antuono ¶ 3.

6. Rhode Island law provides that an interest rate of "twelve percent (12%) per annum… be included in the judgment entered [in a civil action.]" R.I. Gen. Laws § 9-21-10. Interest on the dues owed to the Union is in the amount of $2,360.07.

7. The total amount due and owing is $60,788.02.

Dated: September 26, 2005

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 28 of September, 2005, to the following party of record:

Bayo Adeyemi, President
Bayo Construction Co., Inc.
73 Felix Street
Providence, RI 02907