SEP 27 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds, Plaintiffs, | |
| v. | C.A. No. 05-102L |
| BAYO CONSTRUCTION CO., INC. Defendant. | |

**AFFIDAVIT OF DONALD LAVIN**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Donald Lavin, being first duly sworn, depose and state as follows:

1. I am the Co-Administrator for the Plasterers and Cement Masons Local 40 Pension Fund, Annuity Fund, and the Health and Welfare Fund. I am also familiar with the operation and administration of the Apprenticeship Fund. The Funds are joint labor-management employee pension and benefits plans, which provide retirement, health and other benefits to members of the Plasterers and Cement Masons Local 40 (hereinafter, "Local 40").

2. The defendant was, at all relevant times, party to a collective bargaining agreement which requires contributions to the Funds based on hours worked for the

defendant by members of Local 40 as well as other employees covered by the collective bargaining agreement.

3. For the period of July 2004 through October 2004, Defendant failed to file remittance reports and contributions. Accordingly, the amount due to the Funds is $43,213.50. See Exhibit 1.

4. Contributions to the Funds are due by the 20th of the month following the month in which the work was performed. Pursuant to the Trust Agreement(s), interest is accrued annually at the prime rate set by the Bank of America. Interest on the delinquent contributions is in the amount of $1,959.44. See Exhibit 1.

5. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Plan's Trust Agreement. Penalties on the unpaid contributions for July 2004 through October 2004 are in the amount of $8,642.70. See Exhibit 1.

6. The Funds have thus far expended costs in the amount of $477 and counsel fees in the amount of $1,835.75 in prosecuting this action.

7. The foregoing is true and correct to the best of my knowledge.

Dated: 9/26/2005

I, Donald Lavin, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Donald Lavin

Subscribed and sworn to before me by Donald Lavin this 26 day of September, 2005.

Elizabeth F. Pacheco
5/24/09
NOTARY PUBLIC
My commission expires on:

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 2 of September, 2005, to the following party of record: