**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity Co-Administrator of the Funds,<br>Plaintiffs, | : | C.A. No. 05-102L |
| v. | : | |
| BAYO CONSTRUCTION CO., INC.<br>Defendant. | : | |

**PLAINTIFFS' WITHDRAWAL OF MOTION TO ADJUDGE IN CONTEMPT**

Plaintiffs in the above-entitled action hereby withdraw their Motion to Adjudge Defendant in Contempt. As reason therefore, Plaintiffs state that they have obtained the requested documents from an alternative source and have filed a motion for default judgment in the above-entitled matter.

Respectfully submitted,
On behalf of Plaintiffs,
By ~~their~~ attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I caused a copy of the foregoing motion to be sent first-class mail, postage prepaid on this 11th of October, 2005, to the following party of record:

Bayo Adeyemi, President
Bayo Construction Co., Inc.
47 Vineyard St.
Providence, RI 02907