UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity Co-Administrator of the Funds,
Plaintiffs,

v.

BAYO CONSTRUCTION CO., INC.
Defendant.

C.A. No. 05-102L

**PLAINTIFFS' WITHDRAWAL OF MOTION TO ADJUDGE IN CONTEMPT**

Plaintiffs in the above-entitled action hereby withdraw their Motion to Adjudge Defendant in Contempt. As reason therefore, Plaintiffs state that they have obtained the requested documents from an alternative source and have filed a motion for default judgment in the above-entitled matter.

ENTER.

DAVID L. MARTIN
United States Magistrate Judge
October 14, 2005

☐ Referred to U.S.M.J. Martin
☐ for findings & accommodations
☒ for determination
☐

Ronald R. Lagueux, Senior U.S. District Judge
Date: 10-13-05