UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity Co-Administrator of the Funds,<br>Plaintiffs,<br><br>v.<br><br>BAYO CONSTRUCTION CO., INC.<br>Defendant. | C.A. No. 05-102L |

**PLAINTIFFS' WITHDRAWAL OF MOTION FOR JUDGMENT OF DEFAULT**

Plaintiffs in the above-entitled action hereby withdraw their Motion for Judgment of Default. As reason therefore, Plaintiffs state that they have filed an amended complaint in the above-entitled matter which includes a new plaintiff, Plasterers Local 40, and an additional count, namely, violation of the Labor Management Relations Act. Pursuant to the Federal Rules of Civil Procedure, Defendant now has additional time to answer Plaintiffs' Amended Complaint and Plaintiffs' Motion for Default is mooted.

Enter: Ronald R. Lagueux
Sr USDJ 12/13/05