**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS AND CEMENT MASONS LOCAL 40 PENSION FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 ANNUITY FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 HEALTH AND WELFARE FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 APPRENTICESHIP FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 INDUSTRY ADVANCEMENT FUND, PLASTERERS AND CEMENT MASONS LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 05-102L |
| BAYO CONSTRUCTION CO., INC. Defendant. | : | |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on March 7, 2005. Defendant was served by Constable Thomas Noury on April 2, 2005. Defendant never answered or responded.

3. On November 30, 2005, Plaintiffs amended their Complaint.

3. Defendant was re-served by Constable Thomas Noury (with the Amended Complaint) on December 19, 2005.

4. Greater than ten (10) days have elapsed and Defendant has failed to plead or otherwise

respond to the Complaint. See Fed Rules Civ Proc 15 (A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.).

5. Defendant was not, at the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

6. Defendant has no set-offs or counterclaims against this account and, in my opinion, there is no defense to this claim or cause of action.

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens, Esq. (#6827)

Subscribed and sworn to before me this 10 day of January, 2006.

Kathleen Sullivan
Notary Public
My commission expires on: 4/25/09

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 10 of January, 2006 to the following party of record:

Bayo Adeyemi, President
Bayo Construction Co., Inc.
47 Vineyard St.
Providence, RI 02907