FEB 09 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds, Plaintiffs, | |
| v. | C.A. No. 05-102L |
| BAYO CONSTRUCTION CO., INC. Defendant. | |

**AFFIDAVIT OF DONALD LAVIN IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Donald Lavin, being first duly sworn, depose and state as follows:

1. I am the Co-Administrator for the Plasterers and Cement Masons Local 40 Pension Fund, Annuity Fund, and the Health and Welfare Fund. I am also familiar with the operation and administration of the Apprenticeship Fund. The Funds are joint labor-management employee pension and benefits plans, which provide retirement, health and other benefits to members of the Plasterers and Cement Masons Local 40 (hereinafter, "Local 40").

2. The defendant was, at all relevant times, party to a collective bargaining agreement which requires contributions to the Funds based on hours worked for the

defendant by members of Local 40 as well as other employees covered by the collective bargaining agreement.

3. For the period of July 2004 through October 2004, Defendant failed to file remittance reports and contributions. Accordingly, the amount due to the Funds is $31,036.50. See Exhibit 1.

4. Contributions to the Funds are due by the 20th of the month following the month in which the work was performed. Pursuant to the Trust Agreement(s), interest is accrued annually at the prime rate set by the Bank of America from the date the contributions are due until the date they are paid in full. Interest on the delinquent contributions is in the amount of $1,954.10. See Exhibit 1.

5. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Plan's Trust Agreement. Penalties on the unpaid contributions for July 2004 through October 2004 are in the amount of $6,207.30. See Exhibit 1.

6. The foregoing is true and correct to the best of my knowledge.

Dated: 2/1/06

I, Donald Lavin, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Donald Lavin

Subscribed and sworn to before me by Donald Lavin this 8 day of February, 2006.

Elizabeth F. Pacheco
NOTARY PUBLIC
My commission expires on: 5/24/09

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 16 of February, 2006, to the following party of record:

Kerrie Kanuzhe

Bayo Adeyemi, President
Bayo Construction Co.,
73 Felix Street
Providence, RI 02907