SEP 27 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds, Plaintiffs, | |
| v. | C.A. No. 05-102L |
| BAYO CONSTRUCTION CO., INC. Defendant. | |

**<u>AFFIDAVIT OF ANTHONY D'ANTUONO</u>**
**<u>IN SUPPORT OF JUDGMENT BY DEFAULT</u>**

I, Anthony D'Antuono, being first duly sworn, depose and state as follows:

1. I am the Business Manager for the Plasterers and Cement Masons Local 40 (hereinafter, "Local 40" or "the Union").

2. The defendant was, at all relevant times, party to a collective bargaining agreement with Local 40 which requires the employer to deduct union dues from union members, as well as other employees covered by the collective bargaining agreement, and submit them to the Union.

3. For the period of July 2004 through October 2004, Defendant deducted, but failed to remit, $4,158 to the Union.

4. The foregoing is true and correct to the best of my knowledge.

Dated: 9-26-05

I, Anthony D'Antuono, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Anthony D'Antuono

Subscribed and sworn to before me by Anthony D'Antuono this 26 day of September, 2005.

Nicole Javery
Notary Public, State of Rhode Island
#54892
Commission Expires March 3, 2009

NOTARY PUBLIC
My commission expires on:

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 21 of September, 2005, to the following party of record:

Bayo Construction Co., Inc.
47 Vineyard St.
Providence, RI 02907