UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity Co-Administrator of the Funds, Plaintiffs, | : | C.A. No. 05-102L |
| v. | : | |
| BAYO CONSTRUCTION CO., INC. Defendant. | : | |

**AFFIDAVIT OF ELIZABETH WIENS**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I, Elizabeth Wiens, am an associate attorney in the Law Firm of Gursky Law Associates, located at 420 Scrabbletown Rd., North Kingstown, Rhode Island, and counsel of record for the Plaintiffs in the above-captioned matter. The usual and customary attorney's fee charged by our office is $165.00 per hour.

2. Gursky Law Associates' practice is concentrated in the areas of labor and employment, including workers' compensation, pension rights, labor law and employment discrimination.

3. I was admitted to the Bar of the Supreme Court of the State of Rhode Island on November 17, 2003, to the Supreme Judicial Court of Massachusetts in

December, 2003, and to the United States District Court for the District of Rhode Island in Spring 2004. I graduated from SUNY Geneseo in May 2000 and from Roger Williams University School of Law in May 2003.

4. In representing the Plaintiffs in the above matter, a total of 14.5 hours in attorney's fees were expended for a total of One Thousand Eight-Hundred Ninety Seven Dollars and Fifty Cents ($2,392.50):

| | |
|---|---|
| Draft complaint | 1.00 |
| Research corporations database for R/A/S and draft 10-day letter | .75 |
| Prepare summons | .25 |
| TCF Bayo re: complaint | .25 |
| Letter to Don Lavin re: Remittance reports | .25 |
| Prepare mtn for entry of default; Prepare affidavit | .75 |
| Draft notice of depo, subpoena and attachment | .75 |
| Prep. for depo; depo of Bayo | .75 |
| Research: name/address of landlord, Draft subpoena to Paychex, TCT Bayo re: documents, Draft mtn/contempt and affidavit | 1.25 |
| Court app./mtn contempt | .75 |
| TCF paychex re: subpoena | .25 |
| Rev. doc. From Paychex; TCT Anthony D., Prepare spreadsheet of amt. owed | 1.75 |

| | |
|---|---|
| Rev. remittance reports, Draft summary of claim | .75 |
| Draft Mtn/default, aff. of DL, aff. of AD | 1.25 |
| Draft memo/default | .75 |
| TCF DL and AD re: affidavits | .50 |
| Prep. Hearing/mtn.default | .50 |
| Hearing/mtn. default | 1.25 |
| Draft Aff. of Fees | .75 |
| | 14.50 hours |

5. Costs incurred prosecuting this case were in the amount of Four Hundred and Seventy Seven dollars ($477):

| | |
|---|---|
| Filing fee | $250.00 |
| Constable fee (summons) | $ 45.00 |
| Constable fee (subpoena/Bayo) | $101.00 |
| Constable fee (subpoena/Paychex) | $ 81.00 |
| | $477.00 |

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

E Wiens

Elizabeth Wiens

Subscribed and sworn to before me, by Elizabeth Wiens, this 17th day of February, 2006.

Kathleen Sullivan

Notary Public

My commission expires on: 4/25/09

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing motion to be sent first-class mail, postage prepaid on this 16 of February 1006 to the following party of record:

Bayo Adeyemi, President
Bayo Construction Co., Inc.
47 Vineyard St.
Providence, RI 02907

Kerrie Karwoski

# EXHIBIT 1

# SUMMARY OF CLAIM

## Bayo Construction

| MONTH | DUE DATE | HRS | RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INT. OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Pension** | | | | | | |
| Jul. 04 | 8/20/04 | 909 | $2.70 | $2,454.30 | 4.25% | 02/20/06 | 549 | $156.89 | $490.86 | |
| Aug. 04 | 9/20/04 | 812.5 | $2.70 | $2,193.75 | 4.50% | 02/20/06 | 518 | $140.10 | $438.75 | |
| Sept. 04 | 10/20/04 | 681 | $2.70 | $1,838.70 | 4.75% | 02/20/06 | 488 | $116.77 | $367.74 | |
| Oct. 04 | 11/20/04 | 567.5 | $2.70 | $1,532.25 | 4.75% | 02/20/06 | 457 | $91.13 | $306.45 | |
| Nov. 04 | 12/20/04 | 0 | $2.70 | $0.00 | 5.00% | 02/20/06 | 427 | $0.00 | $0.00 | |
| Dec. 04 | 1/20/05 | 0 | $2.70 | $0.00 | 5.25% | 02/20/06 | 396 | $0.00 | $0.00 | |
| | | | | $8,019.00 | | | | $504.89 | $1,603.80 | $10,127.69 |
| | | | | **Annuity** | | | | | | |
| Jul. 04 | 8/20/04 | 909 | $2.25 | $2,045.25 | 4.25% | 02/20/06 | 549 | $130.74 | $409.05 | |
| Aug. 04 | 9/20/04 | 812.5 | $2.25 | $1,828.13 | 4.50% | 02/20/06 | 518 | $116.75 | $365.63 | |
| Sept. 04 | 10/20/04 | 681 | $2.25 | $1,532.25 | 4.75% | 02/20/06 | 488 | $97.31 | $306.45 | |
| Oct. 04 | 11/20/04 | 567.5 | $2.25 | $1,276.88 | 4.75% | 02/20/06 | 457 | $75.94 | $255.38 | |
| Nov. 04 | 12/20/04 | 0 | $2.25 | $0.00 | 5.00% | 02/20/06 | 427 | $0.00 | $0.00 | |
| Dec. 04 | 1/20/05 | 0 | $2.25 | $0.00 | 5.25% | 02/20/06 | 396 | $0.00 | $0.00 | |
| | | | | $6,682.50 | | | | $420.74 | $1,336.50 | $8,439.74 |
| | | | | **H & W** | | | | | | |
| Jul. 04 | 8/20/04 | 909 | $5.35 | $4,863.15 | 4.25% | 02/20/06 | 549 | $310.88 | $972.63 | |
| Aug. 04 | 9/20/04 | 812.5 | $5.35 | $4,346.88 | 4.50% | 02/20/06 | 518 | $277.60 | $869.38 | |
| Sept. 04 | 10/20/04 | 681 | $5.35 | $3,643.35 | 4.75% | 02/20/06 | 488 | $231.38 | $728.67 | |
| Oct. 04 | 11/20/04 | 567.5 | $5.35 | $3,036.13 | 4.75% | 02/20/06 | 457 | $180.57 | $607.23 | |
| Nov. 04 | 12/20/04 | 0 | $5.35 | $0.00 | 5.00% | 02/20/06 | 427 | $0.00 | $0.00 | |
| Dec. 04 | 1/20/05 | 0 | $5.35 | $0.00 | 5.25% | 02/20/06 | 396 | $0.00 | $0.00 | |
| | | | | $15,889.50 | | | | $1,000.42 | $3,177.90 | $20,067.82 |
| | | | | **Apprenticeship** | | | | | | |
| Jul. 04 | 8/20/04 | 909 | $0.15 | $136.35 | 4.25% | 02/20/06 | 549 | $8.72 | $27.27 | |
| Aug. 04 | 9/20/04 | 812.5 | $0.15 | $121.88 | 4.50% | 02/20/06 | 518 | $7.78 | $24.38 | |
| Sept. 04 | 10/20/04 | 681 | $0.15 | $102.15 | 4.75% | 02/20/06 | 488 | $6.49 | $20.43 | |
| Oct. 04 | 11/20/04 | 567.5 | $0.15 | $85.13 | 4.75% | 02/20/06 | 457 | $5.06 | $17.03 | |
| Nov. 04 | 12/20/04 | 0 | $0.15 | $0.00 | 5.00% | 02/20/06 | 427 | $0.00 | $0.00 | |
| Dec. 04 | 1/20/05 | 0 | $0.15 | $0.00 | 5.25% | 02/20/06 | 396 | $0.00 | $0.00 | |
| | | | | $445.50 | | | | $28.05 | $89.10 | $562.65 |
| **ERISA Funds Sub Total** | | | | $31,036.50 | | | | $1,954.10 | $6,207.30 | $39,197.90 |
| **Attorneys Fees** | | | | | | | | | | $2,392.50 |
| **Costs** | | | | | | | | | | $477.00 |
| **ERISA FUNDS TOTAL** | | | | | | | | | | $42,067.40 |

**Union Dues**
Amt. Deducted

| MONTH | DUE DATE | HOURS | RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INT. OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul. 04 | 8/20/04 | 909 | $1.40 | $1,272.60 | 12.0% | 02/20/06 | 549 | $229.70 | N/A | |
| Aug. 04 | 9/20/04 | 812.5 | $1.40 | $1,137.50 | 12.0% | 02/20/06 | 518 | $193.72 | N/A | |
| Sept. 04 | 10/20/04 | 681 | $1.40 | $953.40 | 12.0% | 02/20/06 | 488 | $152.96 | N/A | |
| Oct. 04 | 11/20/04 | 567.5 | $1.40 | $794.50 | 12.0% | 02/20/06 | 457 | $119.37 | N/A | |
| Nov. 04 | 12/20/04 | 0 | $1.40 | $0.00 | 12.0% | 02/20/06 | 427 | $0.00 | N/A | |
| Dec. 04 | 1/20/05 | 0 | $1.40 | $0.00 | 12.0% | 02/20/06 | 396 | $0.00 | N/A | |
| **Union** | **Dues** | **Total** | | $4,158.00 | | | | $695.75 | | $4,853.75 |
| **TOTAL** | | **OWED** | | | | | | | | $46,921.14 |

# EXHIBIT 2






Overview

# Bank of America Prime Rate History

Following is a history of changes in the Prime Rate for Bank of America, N.A..

| Year | Date | Rate |
|---|---|---|
| **2006** | January 31 | 7.50% |
| **2005** | December 13 | 7.25% |
| | November 1 | 7.00% |
| | September 20 | 6.75% |
| | August 9 | 6.50% |
| | June 30 | 6.25% |
| | May 3 | 6.00% |
| | March 22 | 5.75% |
| | February 2 | 5.50% |
| **2004** | December 14 | 5.25% |
| | November 10 | 5.00% |
| | September 22 | 4.75% |
| | August 11 | 4.50% |
| | July 1 | 4.25% |
| **2003** | June 27 | 4.00% |
| **2002** | November 7 | 4.25% |
| **2001** | December 13 | 4.75% |
| | November 7 | 5.00% |
| | October 3 | 5.50% |
| | September 18 | 6.00% |
| | August 22 | 6.50% |