UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Plasters and Cement Masons Local 40
Health and Welfare Fund, et al :
Plaintiff, :
:
v. : C.A. No. 05-102L
:
Bayo Construction Co. Inc. :
Defendant. :

Default JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the plaintiff Plasters and Cement Mason Local 40 in the amount of $4,158.00 plus $695.75 interest, for a total judgment of $4,853.75 against the defendant Bayo Construction co. Inc. granting Plaintiff's motion for default judgment.

Deputy Clerk
March 17, 2006