UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Plasters and Cement Masons Local 40 Health and Welfare Fund, et al<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-102L |
| Bayo Construction Co. Inc.<br>Defendant. | : | |

## Default JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the plaintiff Donald Lavin, Administrator of the Plasters and Cement Mason Local 40 Health and Welfare fund in the amount of $31,036.50 plus $1,954.10 interest, $6,207.30 penalties and $2,869.50 for attorneys fees for a total judgment of $42,067.40 against the defendant Bayo Construction co. Inc. granting Plaintiff's motion for default judgment.

Deputy Clerk
March 17, 2006